

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-25-00058-CV |
| IN RE | § | |
| | | AN ORIGINAL PROCEEDING |
| LANCE DAVIS, | § | |
| | | IN MANDAMUS |
| Relator. | § | |
| | § | |

# MEMORANDUM OPINION

This is an original proceeding in mandamus. Relator Lance Davis seeks a writ of mandamus from this Court to instruct the honorable district judge of the United State District Court for the Western District of Texas (El Paso Division), in cause number EP24CV0105, to issue a ruling on a pending motion to dismiss. For the reason stated below, we dismiss the petition for lack of subject matter jurisdiction.

Before this Court can issue a writ of mandamus, it must have the authority to do so. *See In re Murphy*, No. 08-02-00172-CR, 2002 WL 1729945, at \*1 (Tex. App.—El Paso July 25, 2002, no pet.) (citing *Greenville v. State*, 798 S.W.2d 361, 362–63 (Tex. App.—Beaumont 1990, no pet.)). In this instance, Davis's petition does not fall within our mandamus jurisdiction given we

lack supervisory authority over the respondent. *See* Tex. Gov't Code Ann. § 22.221 (providing for the writ power of the Texas Courts of Appeals); *In re Murphy*, No. 08-02-00172-CR, 2002 WL 1729945 (providing that state courts lack jurisdiction over federal courts); *In re Luevano*, No. 01-13-00455-CR, 2013 WL 3243394, at *1 (Tex. App.—Houston [1st Dist.] June 25, 2013, no pet.) (mem. op.) (per curiam) (same).

For this reason, we dismiss Davis's petition for writ of mandamus for lack of subject matter jurisdiction. All pending motions are denied as moot.

GINA M. PALAFOX, Justice

February 4, 2025

Before Salas Mendoza, C.J., Palafox, and Soto, JJ.